RECEIVED
JSDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/8/07

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

Date: June 7, 2007

Reply to: JUDGE RICHARD T. HAIK

Subject: Roy v. US Agencies, et al, 07-482

To: All Counsel of Record

## MINUTE ENTRY

A Motion for Summary Judgment was filed by US Agencies (Doc. #9) on April 27, 2007. A Motion for Joinder (Doc. #11) was filed by General Motors Corp. on May 1, 2007 seeking to join in the Motion for Summary Judgment. On May 19, 2007, US Agencies was voluntarily dismissed from this suit by the plaintiff. Consequently, the Motion for Summary Judgment and the Motion for Joinder are **DENIED** as **MOOT** and should be removed from the list of pending motions.

RTH/mhp