RECEIVED

MAY -1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| YOLANDA ROY | CIVIL ACTION NO. 07-0482 |
| VS. | JUDGE HAIK |
| OPTIMA BATTERIES, INC. GENERAL MOTORS CORP. | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS ORDERED** that defendant General Motors Corporation's Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff's claims against all defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with court orders.

**IT IS FURTHER ORDERED** that plaintiff may not re-file the claims without leave of court.

**IT IS FURTHER ORDERED** that leave to re-file the claims will be conditioned upon payment by plaintiff of costs and attorneys' fees incurred by counsel for defendant General Motors Corp. in filing the Motion to Dismiss. The specific amount of the sanctions will be determined by the magistrate judge upon receipt of defense counsel's affidavit of fees and costs ordered below.

**IT IS FURTHER ORDERED** that counsel for defendant General Motors shall file, within fourteen days of this date, an affidavit of fees and costs into the record in order to assist the court in the assessment of a reasonable fees and costs award.

**IT IS FURTHER ORDERED** that defense counsel's affidavit shall contain: (1) the customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _May_, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE